UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:14-CV-993-T-17JSS

LAWRENCE N. WILKINS, et al.,

_____/

ORDER

This cause is before the Court on:

Dkt. 57     Motion for Temporary Restraining Order
Dkt. 56     Motion for Preliminary Injunction

Defendants move for a Temporary Restraining Order to prohibit the sale of two lots seized pursuant to the Default Judgment (Dkt. 22). Defendants contend that the Temporary Restraining Order is necessary to preserve the status quo until the Court rules on Defendants' Motion to Vacate the Default Judgment. The sale of the subject property is scheduled for February 11, 2016.

Because the Court has denied the Motion to Vacate or Otherwise Set Aside the Judgment (Dkt. 58), the Court denies the Motion for Temporary Restraining Order and Motion for Preliminary Injunction as moot.

Defendants/Appellants may move to stay further enforcement proceedings pursuant to Fed. R. Civ. P. 62(d), by a supersedeas bond. In the event that Defendants/Appellants elect to move for a stay based on a supersedeas bond, Defendants/Appellants shall confer with Plaintiff United States of America as to the amount of the supersedeas bond prior to filing their motion. Any stay takes effect when the Court approves the bond. Accordingly, it is

Case No. 8:14-CV-993-T-17JSS

**ORDERED** that Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Dkt. 57, 56) are **denied** as moot.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of February, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record